

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**SHIVANI R. DAMERA**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2444
E-mail: sdanera@law.nyc.gov

August 11, 2025

**By ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, NY 11201

      Re: Kirkhart v. The Department of Education of the City of New York
         1:25-cv-03525 (VMS)

Dear Judge Scanlon:

   I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel for the City of New York, attorney for the defendant City of New York in the above-referenced action. In accord with paragraph II(b) of Your Honor's Individual Rules and Practices, I write to respectfully request an extension of time for Defendants, from August 14, 2025 to September 4, 2025, to respond to the complaint. This is Defendants' first request for an extension of time to respond to the complaint, and the requested extension does not affect any scheduled dates. Plaintiff consents to the extension and requests an additional three weeks for his opposition.

   The requested extension is required so that this Office may properly investigate the allegations made in the complaint, and collect and review documents in order to prepare an appropriate response.

   Therefore, this Office respectfully requests that the Court grant Defendants' request for a three week extension of time to respond to the complaint to September 4, 2025.

   Thank you for your consideration of this request.

                Respectfully submitted,

                /s/ *Shivani Damera*

                Shivani R. Damera
                Assistant Corporation Counsel

cc: All Parties of Record (By ECF and USPS)