UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
JOEL KIRKHART,

            Plaintiff,

  -against-                25-CV-03525 (VMS)

THE DEPARTMENT OF EDUCATION
OF THE CITY OF NEW YORK; MELISSA
AVILES-RAMOS, Chancellor; and KATHERINE
RODI, Director of Employee Relations,

            Defendants.
------------------------------------------------------------------------x

  **PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Assistant Corporation Counsel Shivani R. Damera, dated September 8, 2025, and the exhibits annexed thereto, the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated September 8, 2025, and upon all prior pleadings and proceedings held herein, Defendants will move this Court before the assigned United States District Judge at the United States District Court for the Eastern District of New York at the United States Courthouse located at 225 Cadman Plaza East, Brooklyn, New York, at a date and time to be determined by the Court, for judgment in favor of Defendants pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint, in its entirety, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
     September 8, 2025

                **MURIEL GOODE-TRUFANT**
                Corporation Counsel of the City of New York
                Attorney for Defendants
                100 Church Street, Room 2-197
                New York, New York 10007
                (212) 356-2444

            By: /s/ *Shivani Damera*
                Shivani R. Damera
                Assistant Corporation Counsel