

**JOEL KIRKHART**
**2319 30TH DRIVE**
**ASTORIA, NY 11102**
**EMAIL: jpkirkhart@gmail.com**
**PHONE: 516-316-0451**

**VIA ECF PRO SE DESK**

Honorable Vera Scanlon
Chief Magistrate Judge                                September 10, 2025
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, New York 11201

**Re: Kirkhart v. The Department of Education et al.,**
**25-cv-03525-VMS**

REQUEST FOR TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Dear Judge Scanlon,

I, Joel Kirkhart, am the Plaintiff Pro Se in the case cited above. I am writing this letter to request until October 9, 2025 to respond to the Defendants' Motion To Dismiss.

I am very interested in doing sufficient research into the procedures I need to follow as well as the caselaw that I must review in order to support the claims I made in my Complaint. These are the reasons for my request.

Attorney Ms. Damera agrees to this timeline.

Thank you,

Respectfully,


/s/Joel Kirkhart
Joel Kirkhart

CC: Shivani Reddy Damera sdamera@law.nyc.gov