

MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

SHIVANI R. DAMERA
Labor and Employment Law Division
phone: (212) 356-2444
fax: (212) 356-2439
email: sdamera@law.nyc.gov

September 19, 2025

**BY ECF**
Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Kirkhart v. The Department of Education of the City of New York et. al.</u>
       25-CV-03525 (VMS)

Dear Judge Gonzalez:

   I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants New York City Department of Education ("DOE"), Melisa Aviles-Ramos, and Katherine Rodi ("Defendants") in the above-referenced action. I write to inform the Court of Defendants' compliance with this Court's September 16, 2025 Order providing that Defendants shall serve on Plaintiff: (1) copies of all cases or other authorities cited in its motion that are unpublished or reported exclusively on computerized databases, as required by Local Civil Rule 7.2; and (2) any notice required by Local Civil Rule 12.1, *inter alia* [1] and a copy of your Honor's Individual Rules and Practices.

                    Respectfully Submitted,

                    */s/ Shivani Damera*
                    Shivani R. Damera
                    Assistant Corporation Counsel

cc: *Plaintiff Pro Se* (via email and USPS)

---

[1] A copy of a Rule 12.1 notice was not provided to Plaintiff since Defendants have not relied upon documents outside of the Complaint, no such notice was required.