UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

JOEL KIRKHART,

                      Plaintiff(s),                **JOINT PROPOSED**
                                                                         **CIVIL CASE MANAGEMENT PLAN**

-against-

THE DEPARTMENT OF EDUCATION OF THE         25 Civ. 03525   ( HG ) (VMS)
CITY OF NEW YORK; MELISSA AVILES-
RAMOS, Chancellor; and KATHERINE RODI,
Director of Employee Relations,
                    Defendant(s).
------------------------------------------------------------- x

**The parties/counsel who conferred in drafting this joint proposed case management plan:**

For Plaintiff(s): Joel Kirkhart

For Defendant(s): Shivani Damera

A. Do the parties request referral to the Court's ADR program? Yes: ☒ No: ☐

B. Do the parties consent to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?
   Yes: ☐   If yes, fill out the AO 85 Notice, Consent and Reference of a Civil Action to a Magistrate Judge Form and file it on ECF. https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.
   No: ☒   If no, do not indicate which party declines consent.

C. The parties may wish to engage in settlement discussions.
   If so, Plaintiff(s) will serve demand by 11/14/2025. Defendant(s) will respond by 12/04/2025.

D. Defendant(s) will answer or otherwise respond to complaint by See ECF Doc. No. 12, if not yet done.

   The parties will serve Rule 26(a)(1) initial disclosures by 12/12/2025, if not yet done.

   The parties will serve initial document requests and interrogatories on or before 1/15/2026.

   Any joinder and/or amendments of the pleadings must be made by 12/5/2025.

   The parties will complete fact discovery by 04/17/2026.

   If the parties perform expert discovery, they will serve initial disclosures by 03/20/2026; initial expert reports by 04/10/2025; and rebuttal expert reports on or before 05/15/2026. All discovery, including expert depositions, will be completed by 05/26/25, and the parties will file a joint letter certifying the close of all discovery by this same date.

   Other considerations the parties wish to bring to the Court's attention, such as the need for electronic discovery or confidentiality order: Defendants will likely be seeking a protective order.